FED PST REINST

Fisher And Fisher
File # 51804

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DOCKETED
SEP 0 5 2003

| | |
|---|---|
| CitiFinancial Mortgage Company f/k/a ) | |
| Associates Home Equity Services, Inc. ) | |
| Plaintiff ) | NO. 02 C 7180 |
| VS. ) | Judge Lindberg |
| Michael R. Signator, ) | |
| Defendant ) | |

FILED
SEP - 3 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: -Michael R. Signator, 1600 Wildwood Lane, Hanover Park, IL 60103

On September 10, 2003, at 10:00 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Lindberg, Room 1425 or any other Judge Presiding in his place in the United States Federal Courthouse located at 219 S. Dearborn, Chicago, Illinois, and shall then request the Court to enter an Order for Dismissal.

_____
One of its Attorneys

**FISHER AND FISHER**
Attorneys at Law, P.C.
120 N. LaSalle St., Ste. 2520
Chicago, Illinois 60602
(773) 854-8055

## PROOF OF SERVICE BY MAIL

I, the undersigned, an attorney certify that I served this notice by causing to mail a copy to the above named parties at the addresses listed above by depositing the same in the U.S. mail at 120 N. LaSalle Street, Chicago, IL 60602 at 5:00 p.m. on August 27, 2003.

_____
One of its Attorneys

Fisher And Fisher
File # 5180

DOCKETED
SEP 0 5 2003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CitiFinancial Mortgage Company f/k/a** ) | |
| **Associates Home Equity Services, Inc.** ) | |
| **Plaintiff** ) | NO. 02 C 7180 |
| VS. ) | Judge Lindberg |
| Michael R. Signator, ) | |
| Defendant ) | |

FILED
SEP - 3 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO DISMISS

NOW COMES THE PLAINTIFF, CitiFinancial Mortgage Company f/k/a Associates Home Equity Services, Inc., by and through its attorneys, Fisher and Fisher, Attorneys at Law, P.C. and in support of its Motion to Dismiss this action, states the following:

1. This lawsuit was filed on October 7, 2002.

2. Defendants have since paid up the arrearage on their loan.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court vacate the Decree of Foreclosure and Sale heretofore entered and dismiss this matter.

Respectfully submitted,

CitiFinancial Mortgage Company f/k/a Associates Home Equity Services, Inc.

By: _____
One of its Attorneys

**FISHER AND FISHER**
**ATTORNEYS AT LAW, P.C.**
**120 North LaSalle Street**
**Suite 2520**
**Chicago, IL 60602**
**(773)854-8055**

